**UNITED STATES DISTRICT COURT W. D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>                              **Plaintiff,**<br>       **v.**<br>**IVAN ANGULO-MONTOYA,**<br>                              **Defendant.** | **Case No.  MJ10-5077**<br><br>**STIPULATED DETENTION ORDER** |

       THE COURT, having received a signed Stipulation of Detention from the Defendant in this case, orders the continued detention of the Defendant under 18 U.S.C. § 3142, finding that no condition or combination of conditions which the Defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

       This finding is based on 1) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence or involves a narcotic drug; 2) the weight of the evidence against the person; 3) the history and characteristics of the person including those set forth in 18 U.S.C. § 3142(g)(3)(A)(B); and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

**Presumptive Reasons/Unrebutted:**
  ( )    **Conviction of a Federal offense involving a crime of violence. 18 U.S.C. § 3142(f)(A)**
  ( )    **Potential maximum sentence of life imprisonment or death.  18 U.S.C.§ 3142(f)(B)**
  ( )    **Potential maximum sentence of 10+ years as prescribed in the Controlled Substances Act (21 U.S.C. § 801 et seq.), the Controlled  Substances Import and Export Act (21 U.S.C.§951 et seq.) Or the Maritime Drug Law Enforcement Act (46 U.S.C. App. 1901 et seq.)**
  ( )    **Convictions of two or more offenses described in subparagraphs (A) through (C) of 18 U.S.C. § 3142(f)(1) of two or more State or local offenses that would have been offenses described in said subparagraphs if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses.**

**Safety Reasons:**
  ( )    **Defendant is currently on probation/supervision resulting from a prior offense.**
  ( )    **Defendant was on bond on other charges at time of alleged occurrences herein.**
  ( )    **Defendant's prior criminal history.**

**Flight Risk/Appearance Reasons:**
  ( )    **Defendant's lack of sufficient ties to the community.**
  (X)    **Bureau of Immigration and Customs Enforcement detainer.**
  ( )    **Detainer(s)/Warrant(s) from other jurisdictions.**
  ( )    **Failures to appear for past court proceedings.**
  ( )    **Past conviction for escape.**

**Other:**
  (X)    **Defendant stipulated to detention without prejudice.**

*Order of Detention*

▸   **The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.**
▸   **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**
▸   **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States marshal for the purpose of an appearance in connection with a court proceeding.**

                                        **May 3, 2010.**

                                         s/Karen L. Strombom
                                        **Karen L Strombom, U.S. Magistrate Judge**

**DETENTION ORDER**
**Page - 1**